(21 App. Div. 235.)

### S. LIEBMANN'S SONS BREWING CO. v. CODY et al.

(Supreme Court, Appellate Division, Second Department. October 26, 1897.)

PLEADING—BILL OF PARTICULARS.

A copy of an account showing all items of credit and debit, and annexed to a verified complaint, and therein referred to and incorporated, is a sufficient compliance with Code Civ. Proc. § 531, and no separate and separately verified bill of particulars is required.

Appeal from special term, Kings county.

Action by S. Liebmann's Sons Brewing Company against Richard Cody and others. The copy of the account referred to in the opinion contained an itemized statement of dates, amounts, charges, and credits. From an order denying a motion by defendants to compel plaintiff to furnish a bill of particulars, defendants appeal. Affirmed.

Argued before GOODRICH, P. J., and CULLEN, BARTLETT, HATCH, and BRADLEY, JJ.

Henry Daily, Jr., for appellants.

Edward V. Slauson, for respondent.

PER CURIAM. Assuming that an account is alleged in the complaint, within the meaning of section 531 of the Code of Civil Procedure, the copy attached to the complaint was a sufficient compliance with the requirement of that section. The verification was also sufficient, inasmuch as the account was expressly made a part of the complaint, which was duly verified. No further bill of particulars is necessary, or would be appropriate. There is no allegation or proof that the defendants' officers or agents are ignorant of what the plaintiff will attempt to prove as to the quantities of beer sold, the dates of the deliveries, or the prices charged. The motion was properly denied, and the order of the special term should be affirmed.

Order affirmed, with $10 costs and disbursements.

